**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000413**
**07-NOV-2018**
**09:30 AM**

NO. CAAP-17-000413

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KU, Plaintiff-Appellant, v.
CS, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 13-1-1737)

ORDER DENYING PLAINTIFF-APPELLANT'S
MOTION FOR RECONSIDERATION FILED OCTOBER 31, 2018
(By: Leonard, Presiding Judge, Reifurth and Chan, JJ.)

Upon consideration of Plaintiff-Appellant's Motion for Reconsideration filed on October 23, 2018, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, November 7, 2018.

Presiding Judge

On the motion:

KU
Plaintiff-Appellant, *Pro Se*

Associate Judge

Associate Judge